FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2009 NOV -6 PM 2:56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

OLIVETTE COFFEY, JR., et al.,

    Plaintiffs,

vs.                               CASE NO. 3:09-mc-22-J-32HTS

DWIGHT BRADDY, et al.,

    Defendants.

_____/

## ORDER

This Court will be conducting settlement discussions in this matter on Monday, November 9, 2009, at 9:30 a.m. in Courtroom 10C of the United States Courthouse. The participants have requested permission to use cell phones during the settlement conference.

Accordingly, it is **ORDERED**

The parties and their clients shall be permitted to bring one (1) cell phone per person into the building for use during the settlement discussions on Monday, November 9, 2009.

**DONE AND ENTERED** at Jacksonville, Florida, this 6th day of November, 2009.

*(signature)*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

for

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christy B. Bishop, Esq.
Dennis R. Thompson, Esq.
Heather M. Collins, Esq.
Helen H. Albee, Esq.
Neil L. Henrichsen, Esq.
Shands Wulbern, Esq.
Cindy A. Laquidara, Esq.
Ernst D. Mueller, Esq.
Mary W. Jarrett, Esq.
Paul A. Donnelly, Esq.
Daniel T. Vail, Esq.
Maria K. Boehringer, Esq.
Kristen L. Doolittle, Esq.
Andrew Snowdon, Esq.
Jacquiline McNair, Esq.