FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 NOV 10 AM 9: 01

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

OLIVETTE COFFEY, JR., et al.,
    Plaintiffs,
vs.                                CASE NO. 3:09-mc-22-J-20MCR

DWIGHT BRADDY, et al.,
    Defendants.
_____/

## ORDER

I have been discussing the matters referred to mediation with the parties. Additional work is in progress, and some of the parties have until December 2, 2011, to provide me with further updates.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of November, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Timothy J. Corrigan, United States District Judge
Christy B. Bishop, Esq.
Dennis R. Thompson, Esq.
Heather M. Collins, Esq.
Helen H. Albee, Esq.
Neil L. Henrichsen, Esq.
Shands Wulbern, Esq.
Cindy A. Laquidara, Esq.
Mary W. Jarrett, Esq.
Paul A. Donnelly, Esq.
Daniel T. Vail, Esq.
Maria K. Boehringer, Esq.
Kristen L. Doolittle, Esq.
Andrew Snowdon, Esq.