FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 JAN 18 PM 2:57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

OLIVETTE COFFEY, JR., et al.,
    Plaintiffs,
vs.

CASE NO. 3:09-mc-22-J-20MCR

DWIGHT BRADDY, et al.,
    Defendants.
_____/

## ORDER

The confirmation of the new Chief of the Jacksonville Fire and Rescue Department may take place by mid February, so no formal face-to-face discussions are scheduled at this time.

Once the confirmation takes place, I will be back in touch with the parties.

DONE AND ENTERED at Jacksonville, Florida, this 18 day of January, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Timothy J. Corrigan, United States District Judge
Christy B. Bishop, Esq.
Dennis R. Thompson, Esq.
Heather M. Collins, Esq.
Helen H. Albee, Esq.
Neil L. Henrichsen, Esq.
Shands Wulbern, Esq.
Cindy A. Laquidara, Esq.
Mary W. Jarrett, Esq.
Paul A. Donnelly, Esq.
Daniel T. Vail, Esq.
Maria K. Boehringer, Esq.
Kristen L. Doolittle, Esq.
Jane L. Dolkart, Esq.
Andrew Snowdon, Esq.